IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTINE L. PORTER,

      Plaintiff,

v.

AT&T,

      Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-305-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant dismissing this case.

_____
Peter Oppeneer, Clerk of Court

_____
6/24/10
Date